UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC RODRIGUEZ,

Plaintiff,

vs Case No.

UNITED STATES OF AMERICA,

Defendant.

______________________________/

**COMPLAINT UNDER RULE 9(h)**

**NOW COMES** Plaintiff, ERIC RODRIGUEZ, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, this district being the forum of Plaintiff's residence.

2. At all times material to issues herein, Plaintiff was a civilian seaman employed by a civilian contractor, Pacific Architects and Engineers, or PAE Applied Technologies, LLC, serving as a crewmember on a vessel, USNS or M/V RANGER, owned (or bareboat chartered) by the United States employed by civilian contractors and administered by the Military Sealift Command, and suffered injury in the service of said vessel to which the Suits in Admiralty Act (46 USC 30901-30918) and the Public Vessel Act (46 USC 31101-31113) apply (hereinafter "Public Vessel"), Defendant being vicariously liable for the civilian contractor, Pacific Architects and Engineers, or PAE Applied Technologies, LLC.

3. Subject matter jurisdiction is founded under the general maritime law for unseaworthiness, and maintenance and cure, and the Jones Act, 46 U.S.C. 30104 for failure to provide a safe place to work.

4. On or about September 16, 2015, Plaintiff served as a civilian seaman/crewman aboard the aforesaid Public Vessel USNS or M/V RANGER, and was injured while, in an understaffed, under equipped context, he was trying to hold onto a heavy fender alone to keep it from falling in the water and sustained a back injury because of said failure to provide a safe place to work and/or seaworthy vessel, with the employer thereafter failing in its obligation to ensure proper medical care resulting in aggravation and/or prolongation of the underlying medical condition.

5. The wrongful acts aforesaid caused or contributed to Plaintiff's damages, ***inter alia,*** as follows:

a. Pain and suffering, past future;

b. Mortification, humiliation, fright shock and embarrassment;

c. Loss of earnings and earning capacity;

d. Hospital, pharmaceutical and other cure expenses;

e. Aggravation of prior condition, if any there be;

f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

g. Mental anguish;

h. Found;

i. Maintenance and cure.

**WHEREFORE,** Plaintiff demands judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

/s/ Roland A. Rosello
ROLAND A. ROSELLO
Florida Bar No. 0175733
Email: roland@rolandarosello.com
P.O. Box 4315
Tampa, FL 33677
(813) 251-8079

/s/ Dennis M. O'Bryan
O'BRYAN BAUN KARAMANIAN
Dennis M. O'Bryan
(admitted pro hac vice)
401 S. Old Woodward, Ste. 463
Birmingham, MI 48009
248-258-6262
248-258-6047 (fax)
dob@obryanlaw.net